No. 1828.—CHARLES CASE, Receiver of the First National Bank of New Orleans, *v.* JOHN HURLEY.

If the amount involved is under five hundred dollars, the appeal will be dismissed for want of jurisdiction. Constitution, art. 74.

APPEAL from Fifth District Court, parish of Orleans. *Leaumont,* J. J. D. *Rouse* and *G. L. Bright,* for plaintiff and appellant. *Budd & Grover,* for defendant and appellee.

LUDELING, C. J. We are bound to notice that this court is without jurisdiction in this case; the amount in dispute being less than five hundred dollars.

It is therefore ordered that the appeal be dismissed, at the costs of the appellant.

Justices Howell and Howe are recused in this case.